**02–2. Goins v. Wellington.**
Mahoning App. No. 01CA208. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and hereby is, denied.

Cook, J., dissents.